## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00064-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAVIER HERNANDEZ-HERNANDEZ,

    Defendant.
_____

## ORDER
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on September 16, 2014, it is

    ORDERED that Defendant Javier Hernandez-Hernandez, is sentenced to TIME SERVED.

    DATED: September 16, 2014

                                                     BY THE COURT:

                                                   _____

                                                   Christine M. Arguello
                                                   United States District Judge